

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GROVER SELLERS
ATTORNEY GENERAL

Honorable Lon Alsup
Executive Secretary-Director
State Commission for the Blind
Land Office Building
Austin, Texas

Dear Sir:

Opinion No. 0-6735
Re: Authority of the State
Commission for the Blind
to supplement from other
funds certain salaries
as provided in Senate
Bill No. 317, 49th Legis-
lature.

In your letter of July 24, 1945, you have request-
ed an opinion from this office relative to supplementing
from Federal funds the salaries of certain employees as pro-
vided in the above cited Appropriations Bill. The pertinent
paragraphs of your letter are quoted:

"During the early part of 1945, Members of
the House Appropriations Committee and Members
of the Senate Finance Committee requested this
agency to submit a budget reducing its request
for funds for the next biennium. The State Com-
mission for the Blind complied with this request
and submitted a new budget with certain reduc-
tions.

"Item No. 5 on our requested budget reads
'Supervisor of Vending Stands (was Placement
Agent) to receive annual salary of $1,800, $900
to be paid from State funds and $900 to be paid
from Federal funds.' When the appropriation for
this department was finally passed, Item 5 reads
as follows, 'Vending Stand Supervisor $900.'

". . . . .

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

Honorable Lou Alsup, page 2

"Item 25 under the appropriation a s made
to the State Commission for the Blind by the
Regular Session of the 49th Legislature pro-
vides for a part-time porter. The Federal Gov-
ernment will provide a like amount for porter
services.

"Please advise if the State Commission
for the Blind is authorized to supplement from
other funds the salary of Vending Stand Super-
visor as provided for in Senate Bill 317 of the
Regular Session of the 49th Legislature, and
also, advise as to whether or not the State Com-
mission for the Blind may supplement the salary
of a porter as provided for the Commission in
Senate Bill 317 and passed by the Regular Ses-
sion of the 49th Legislature.

"  . . . .  "

In the appropriations made for the State Commis-
sion for the Blind there is included provision for the an-
nual salaries of (1) a supervisor of vending machines in
the amount of $900 (see item 4) and (2) a part-time porter
in the amount of $450 (see item 19a).

Generally, the appropriations provided in this
bill are the maximum sums which may be expended for the
purposes designated but the State Commission for the Blind
is specifically excepted from this restriction (see Section
2, subsection 14 (b), Senate Bill 317, 49th Legislature,
1945), and the Commission may therefore supplement the sums
appropriated if such is otherwise authorized by or not in
conflict with any related statutes.

In the Act creating the State Commission for the
Blind, which provides for its organization and functions,
authority is given to "appoint and fix the compensation of
an executive secretary and such other workers as may be
necessary to make effective the purposes of this Act with-
in the appropriations provided." (Sec. 3, Art. 3207a, V.A.C.S.)

The application for and acceptance of funds from
the United States Government is authorized and such funds
are appropriated "to the specific purposes authorized by

Honorable Lon Alsup, page 3

the grantor." (Section 2, subsection 9, Senate Bill 317, 49th Legislature, 1945.)

It follows, therefore, that the supplementing of the salaries in question would be "within the appropriations provided" if their use for that purpose is authorized by the grantor or the United States Government.

It appears that funds are advanced by the Federal Government to states who have an approved plan for aid to the blind and that the purposes for which such funds are advanced are those enumerated in the report to the Federal Government filed by the state (See Title 42, U.S.C.A., Section 1201, 1202, 1203).

It is presumed from the above quoted letter that annual salaries for (1) a vending machine supervisor and (2) a part-time porter were included in the Commission's reports to the Federal authorities and that such reports and the items therein have been properly approved. If this is correct, it follows that the amounts so included and approved come within "the specific purpose authorized by the grantor" and their payment to the named employees would be "within the appropriations provided."

Accordingly, you are advised that it is the opinion of this department that the State Commission for the Blind is authorized to supplement from funds received from the United States Government the salaries of (1) the vending machine supervisor and (2) a part-time porter, to the extent approved by the Federal authorities.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By _Jackson Littleton_
Jackson Littleton
Assistant

APPROVED AUG 14, 1946
GENERAL OF TEXAS

JL:db

APPROVED
OPINION
COMMITTEE
BY
CHAIRMAN